RECEIVED
IN LAKE CHARLES, LA.

JUL - 1 2010

TONY R. MOORE, CLERK
BY_____
           DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **GARFIELD MCFARLANE** | : | **DOCKET NO. 10-CV-0036**<br>**SECTION "P"** |
| VS. | : | **JUDGE MINALDI** |
| **J.P. YOUNG, WARDEN** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Motion to Dismiss be **GRANTED**.

IT IS FURTHER ORDERED that the petition be **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this __1__ day of ___July___, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE